**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAULA DISBERRY,<br><br>                                    Plaintiff,<br>        v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS, LLC, AND THE BANK OF NEW YORK MELLON CORPORATION,<br><br>                                    Defendants. | Case No. 22-CV-5778-CM-OTW<br><br>**Rule 7.1 Statement** |

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Employee Relations Committee of the Colgate-Palmolive Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

       "The Employee Relations Committee of the Colgate-Palmolive Company (the "Committee") is a committee that serves as the plan administrator for the Colgate-Palmolive Company Employee Savings and Investment Plan (the "Plan"), an employee benefit plan regulated by the Employee Retirement Income Security Act of 1974.  The Committee does not have a parent corporation and has not issued any stock.  The Plan is sponsored by the Colgate-Palmolive Company, which is publicly traded."

Date:  September 15, 2022                         */s/ Mark C. Nielsen*
                                                                   Signature of Attorney

                                                              Attorney Bar Code: Mark Nielsen  MN4214