**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAULA DISBERRY,<br><br>                              Plaintiff,<br>         v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS, LLC, AND THE BANK OF NEW YORK MELLON CORPORATION,<br><br>                              Defendants. | Case No. 22-CV-5778-CM-OTW |

**DECLARATION OF PATRICK DICARLO IN SUPPORT OF DEFENDANT'S**
**<u>MOTION TO DISMISS</u>**

Comes now Patrick C. DiCarlo, attorney for the Employee Relations Committee of the Colgate-Palmolive Company (the "Committee"), one of the Defendants herein, pursuant to 28 U.S.C. § 1746, and states under penalty of perjury as follows.

1.

Attached hereto as Exhibit 1 is an accurate and authentic copy of the determination letter sent to Plaintiff Paula Disberry making an initial administrative determination on her claim for benefits.

2.

Attached hereto as Exhibit 2 is an accurate and authentic copy of a letter received from Bank of America dated July 20, 2022.

1

3.

Attached hereto as Exhibit 3 is an accurate and authentic copy of the Colgate-Palmolive Company Employees Savings and Investment Plan Summary Plan Description.

4.

I state under penalty of perjury that the foregoing statement are true and correct.

Dated:  September 15, 2022

                                            */s/ Patrick C. DiCarlo*
                                            Patrick C. DiCarlo

## CERTIFICATE OF SERVICE

I certify that on September 15, 2022, I filed in this action the foregoing **DECLARATION OF PATRICK C. DICARLO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** electronically via the Court's ECF System. Notice of this filing will be sent in this action by operation of the Court's electronic system to all counsel of record in the ECF System.

Respectfully Submitted,

*/s/ Patrick C. DiCarlo*_____
Patrick C. DiCarlo (Admitted pro Hac Vice)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006
202-861-0172 (phone)
202-659-4503 (fax)
PDiCarlo@groom.com