# EXHIBIT 2



TX1-160-04-01
PO Box 655961
Dallas, TX 75265-9502

## Update on Your Claim

**Date:**
July 20, 2022

**Check Number**
14375908

**Payable to**
Paula Disberry

**Your Reference Number:**
56999

THE BANK OF NEW YORK MELLON
ATTN: FRAUD & RECOVERY UNIT
500 ROSS STREET, ROOM 154-0510
PITTSBURGH, PA 15262

The Bank of New York Mellon,

## Please refer to your letter dated 5/16/2022 in response to your breach of warranty claim.

We're denying your claim for the reason(s) stated below:

The check was deposited into the named payees account on 3/27/2020

Under the Uniform Commercial Code, an endorsement claim must be submitted within one year of the occurrence in the state of Georgia. The above referenced claim was filed outside this time period.

## We're here to help

If you have questions please call us at 800.317.6345, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

Bank of America
Fraud and Claims
Our Reference Number: 12JUL2022-163393
TX1-160-04-01, P O BOX 655961
Dallas, TX 75265-9502