**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PAULA DISBERRY,

                                    Plaintiff,

              v.

EMPLOYEE RELATIONS COMMITTEE
OF THE COLGATE-PALMOLIVE
COMPANY, ALIGHT SOLUTIONS, LLC,
AND THE BANK OF NEW YORK
MELLON CORPORATION,

                                    Defendants.

Case No. 22-CV-5778-CM-OTW

**Rule 7.1 Statement**

         Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Employee Relations Committee of the Colgate-Palmolive Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

         "The Employee Relations Committee of the Colgate-Palmolive Company (the "Committee") is a committee that serves as the plan administrator for the Colgate-Palmolive Company Employee Savings and Investment Plan (the "Plan"), an employee benefit plan regulated by the Employees Retirement Income Security Act of 1974.  The Committee does not have a parent corporation and has not issued any stock.  The Plan is sponsored by the Colgate-Palmolive Company, which is publicly traded."

Date:   September 15, 2022_____          */s/ Mark C. Nielsen*____
                                          Signature of Attorney

                                          Attorney Bar Code: Mark Nielsen  MN4214