UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY,<br><br>    Plaintiff,<br><br> v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS, LLC, AND THE BANK OF NEW YORK MELLON CORPORATION,<br><br>    Defendants. | Case No. 22-cv-05778-CM-OTW |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Anjanique M. Watt, executed on September 15, 2022, with exhibits, Defendant The Bank of New York Mellon ("BNY Mellon") will move this Court before the Honorable Colleen McMahon, at the courthouse located at 500 Pearl Street, New York, New York, Courtroom 24A, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the complaint.

1

Dated: New York, New York
September 15, 2022

/s/ Anjanique M. Watt
Anjanique M. Watt
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500

Nancy Ross*
Megan Troy*
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
*pro hac vice application pending

*Counsel for Defendant The Bank of New York Mellon*