UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS, LLC, AND THE BANK OF NEW YORK MELLON CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 22-cv-05778-CM-OTW |

## DECLARATION OF ANJANIQUE M. WATT

Pursuant to 28 U.S.C. § 1746, Anjanique M. Watt, Esq. hereby declares:

1.　　I am a member of the Bar of this Court and an associate at the law firm Mayer Brown LLP, counsel for The Bank of New York Mellon ("BNY Mellon").  I respectfully submit this declaration in support of BNY Mellon's Motion to Dismiss, dated September 15, 2022.

2.　　Attached hereto as Exhibit A is a true and complete copy of the Amended and Restated Defined Contribution Plan Master Trust Agreement.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 15th day of September, 2022 in New York, New York.

　　　　　　　　　　　　　　　　　　　　　　/s/ Anjanique M. Watt
　　　　　　　　　　　　　　　　　　　　　　　　Anjanique M. Watt