UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS, LLC, AND THE BANK OF NEW YORK MELLON CORPORATION,<br><br>　　　　　Defendants. | Case No. 22-cv-05778-CM-OTW |

**THE BANK OF NEW YORK MELLON CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

The Bank of New York Mellon ("BNY Mellon"),[1] through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this corporate disclosure statement identifying all of its publicly held parent corporations and all publicly held companies that directly or indirectly own, control or hold, with power to vote, ten percent or more of The Bank of New York Mellon Corporation's outstanding voting securities. Regarding the foregoing, BNY Mellon represents as follows:

1. BNY Mellon is a wholly owned subsidiary of The Bank of New York Mellon Corporation.

2. The Bank of New York Mellon Corporation is a publicly held corporation organized and existing under the laws of Delaware.

---

[1] The Complaint incorrectly names "Bank of New York Mellon Corporation" as a defendant. The entity that serves as trustee on the relevant contract at issue in this lawsuit is The Bank of New York Mellon. The Bank of New York Mellon Corporation is a holding company.

3. No publicly held company directly or indirectly owns, controls or holds, with power to vote, ten percent or more of The Bank of New York Mellon Corporation's outstanding securities.

Dated:   New York, New York
         September 15, 2022

/s/ Anjanique M. Watt
Anjanique M. Watt
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500

Nancy Ross*
Megan Troy*
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
*pro hac vice application pending

*Counsel for Defendant The Bank of New York Mellon Corporation*