UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULA DISBERRY,

     Plaintiff,

v.

EMPLOYEE RELATIONS COMMITTEE OF
THE COLGATE-PALMOLIVE COMPANY,
ALIGHT SOLUTIONS, LLC, AND THE BANK
OF NEW YORK MELLON CORPORATION,

     Defendants.

Case No. 22-CV-5778 (CM) (OTW)

Hon. Colleen McMahon

## ALIGHT SOLUTIONS LLC'S MOTION TO SEAL

PLEASE TAKE NOTICE THAT Defendant Alight Solutions LLC ("Alight"), by and through its undersigned counsel, hereby moves this Court to file under seal Exhibits A and B to the Declaration of Jeffrey K. Barry, pursuant to this Court's Electronic Case Filing Rules and Instructions.

Alight requests that the Exhibits be filed under seal because the harm of disclosing the information in these exhibits outweighs the presumption of public access. For the reasons set forth above and in the memorandum of law accompanying and incorporated into this motion, Alight respectfully requests that the Court enter the attached Proposed Order to file Exhibits A and B to the Declaration of Jeffrey K. Barry under seal.

Dated:  September 15, 2022

Respectfully submitted,

ALIGHT SOLUTIONS LLC

By:   /s/   Jenna E. Ross

One of Its Attorneys

Jenna E. Ross
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
(212) 891-1600
(212) 891-1699 (Fax)
jross@jenner.com

Joseph J. Torres
Margaret M. Hlousek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350
(312) 527-0484 (Fax)
jtorres@jenner.com
mhlousek@jenner.com

## **CERTIFICATE OF SERVICE**

I, Jenna E. Ross, certify that on September 15, 2022, I caused the foregoing Alight Solutions LLC's Motion to Seal to be filed with the Clerk of Court using the CM/ECF system, which then served a Notice of Electronic Filing to all counsel of record:

/s/ Jenna E. Ross

Jenna E. Ross