UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS, LLC, AND THE BANK OF NEW YORK MELLON CORPORATION,<br><br>　　　　Defendants. | Case No. 22-CV-5778 (CM) (OTW)<br><br>Hon. Colleen McMahon |

## [PROPOSED] ORDER

Upon the motion of Alight Solutions LLC for an order permitting the filing of certain exhibits to the Declaration of Jeffrey K. Barry (the "Barry Declaration") (Dkt. ___) under seal, it is hereby:

ORDERED that Alight Solution LLC's Motion to Seal Exhibit A and Exhibit B to the Barry Declaration be GRANTED

_____
The Honorable Colleen McMahon
U.S. District Judge for the
Southern District of New York

Dated: September ____, 2022