UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY,<br><br>         Plaintiff,<br><br>v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS, LLC, AND THE BANK OF NEW YORK MELLON CORPORATION,<br><br>         Defendants. | Case No. 22-CV-5778 (CM) (OTW)<br><br>Hon. Colleen McMahon |

## ALIGHT SOLUTIONS LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE THAT Defendant Alight Solutions LLC hereby moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing with prejudice all claims asserted in the Complaint (ECF No. 1) for failure to state a claim upon which relief can be granted. In support of this Motion, Defendants submit the accompanying Memorandum, declaration of Jeffrey K. Barry, and exhibits attached thereto.

Dated: September 15, 2022

Respectfully submitted,

ALIGHT SOLUTIONS LLC

By:   /s/   Jenna E. Ross

One of Its Attorneys

Jenna E. Ross
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
(212) 891-1600
(212) 891-1699 (Fax)
jross@jenner.com

1

2

                                            Joseph J. Torres  
                                            Margaret M. Hlousek  
                                            JENNER & BLOCK LLP  
                                            353 N. Clark Street  
                                            Chicago, IL  60654-3456  
                                            (312) 222-9350  
                                            (312) 527-0484 (Fax)  
                                            jtorres@jenner.com  
                                            mhlousek@jenner.com

3

**CERTIFICATE OF SERVICE**

    I, Jenna E. Ross, certify that on September 15, 2022, I caused the Alight Solutions LLC's Motion to Dismiss to be filed with the Clerk of Court using the CM/ECF system, which then served a Notice of Electronic Filing to all counsel of record:

                               /s/ Jenna E. Ross

                               Jenna E. Ross