UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | Plaintiff, |
| --- | --- |
| PAULA DISBERRY, | |
| **-v-** | |
| EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS, LLC, AND THE BANK OF NEW YORK MELLON CORPORATION, | |
|  | Defendant. |

Case No. 22-CV-5778

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Alight Solutions LLC          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Alight Solutions LLC is a wholly-owned subsidiary of Alight, Inc., a publicly traded company. No public company owns more than 10% of Alight, Inc. stock.

**Date:** September 15, 2022

/s/ Jenna E. Ross

**Signature of Attorney**

**Attorney Bar Code:** 5211016