UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY,<br><br>       Plaintiff,<br><br>    v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, et al.,<br><br>       Defendants. | Case No. 22-cv-05778-CM<br><br>AFFIDAVIT OF<br>TERESA S. RENAKER<br>IN SUPPORT OF MOTION FOR<br>ADMISSION PRO HAC VICE |

I, Teresa S. Renaker, declare as follows:

1. I am a partner with Renaker Scott LLP.

2. I submit this affidavit in support of my motion for admission Pro Hac Vice in the above-captioned matter.

3. I am a member in good standing of the Bar of the State of California. My certificate of good standing from the California Supreme Court is attached hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

/ /

/ /

Executed this 17th day of September, 2022, at Berkeley, California.

_____
Teresa S. Renaker

## JURAT

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

State of California           )
                              )
County of Alameda             )


Subscribed and sworn to (or affirmed) before me on this __17__ day of September 2022 by TERESA S. RENAKER, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


WITNESS my hand and official seal.

Notary Name: DAVID LEE          (Seal)

My commission expires on: __05/23/2023__

DAVID LEE
COMM. # 2286379
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
My Commission Expires
May 23, 2023