UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY,<br><br>       Plaintiff,<br><br>   v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, et al.,<br><br>       Defendants. | Case No. 22-cv-05778-CM<br><br>**[PROPOSED] ORDER GRANTING MOTION OF TERESA S. RENAKER FOR ADMISSION PRO HAC VICE** |

The motion of Teresa S. Renaker for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California, and that her contact information is as follows:

```
Applicant's Name:    Teresa S. Renaker
Firm Name:           Renaker Scott LLP
Address:             505 Montgomery Street, Suite 1125
City / State / Zip:  San Francisco, CA 94111
Telephone:           (415) 653-1733
Fax:                 (415) 727-5079
Email:               teresa@renakerscott.com
```

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Paula Disberry in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

/ /

Dated: _____, 2022

_____
Hon. Colleen McMahon
United States District Judge