UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-05778-CM<br><br>**MOTION FOR ADMISSION PRO HAC VICE FOR TERESA S. RENAKER** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Teresa S. Renaker hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Paula Disberry in the above-captioned action.

　　　　I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, and a certificate of good standing from the California Supreme Court.

/ /

/ /

/ /

/ /

/ /

Dated: September 26, 2022						Respectfully submitted,

						_____
						Teresa S. Renaker
						RENAKER SCOTT LLP
						505 Montgomery Street, Suite 1125
						San Francisco, CA 94111
						Telephone: (415) 653-1733
						Facsimile: (415) 727-5079
						teresa@renakerscott.com