UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULA DISBERRY,<br><br>       Plaintiff,<br><br>   v.<br><br>EMPLOYEE RELATIONS COMMITTEE OF THE COLGATE-PALMOLIVE COMPANY, ALIGHT SOLUTIONS LLC, AND BANK OF NEW YORK MELLON CORPORATION,<br><br>       Defendants. | Case No. 22-CV-5778-CM-OTW<br><br>**DECLARATION OF KIRSTEN G. SCOTT IN SUPPORT OF PLAINTIFF'S MEMORANDA OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT** |

I, Kirsten G. Scott, declare as follows:

1. I am a partner with Renaker Scott LLP, which is co-counsel for Plaintiff in this action together with Brustein Law PLLC. I have personal knowledge of the facts set forth below and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Colgate-Palmolive Company Employees Savings and Investment Plan.

3. Attached hereto as Exhibit 2 is a true and correct copy of the complaint filed in *Berman v. Estee Lauder Inc.*, No. 4:19-cv-06489, in the U.S. District Court, Northern District of California, on November 9, 2019.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2022

                        _____
                           Kirsten G. Scott