1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

# JENNER&BLOCK LLP

January 3, 2023

Joseph J. Torres
Tel  +1 312 840-8685
JTorres@jenner.com

**BY ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     *Disberry v. Employee Relations Committee of the Colgate-Palmolive Company; Alight Solutions, LLC; and the Bank of New York Mellon Corporation*
        **Case No. 22-CV-5778**

Dear Judge McMahon:

        We write this letter jointly on behalf of all of the parties in the above referenced action in connection with Defendants' Answer to Plaintiff's Complaint.

        This Court's December 19, 2022 Decision and Order regarding the Defendants' Motions to Dismiss granted Plaintiff leave to file an amended complaint.  (Dkt. No. 73 at 17–18, 28). Absent the filing of an amended complaint, under Federal Rule of Civil Procedure 6(a)(1)(C) and 12(a)(4)(A), Defendants' Answer to Plaintiff's Complaint would otherwise be due January 3, 2023.  On December 27, 2022, counsel for Plaintiff Disberry notified counsel for Alight Solutions LLC that Plaintiff intends to file an Amended Complaint during the first week of January 2023. In order to avoid any confusion, Defendants are providing this notice to the Court, given the due date that would otherwise apply to any responsive pleading under the Federal Rules of Civil Procedure.

        This does not affect any other deadlines in this litigation as the Decision and Order set forth a case schedule based on the date Plaintiff files an Amended Complaint.  (Dkt. No. 73 at 28).

Very truly yours,

/s/ Joseph J. Torres

Joseph J. Torres

cc:  Counsel of Record (via ECF)