**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
PAULA DISBERRY,                                             :
                                                            :
                              Plaintiff,                    :      22-CV-5778 (CM) (OTW)
                                                            :
              -against-                                     :
                                                            :      ORDER
EMPLOYEE RELATIONS COMMITTEE OF THE                         :
COLGATE-PALMOLIVE COMPANY, et al.,                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 95. Defendants' motion to extend the discovery deadline is **DENIED without prejudice**. (ECF 95). The parties shall submit a joint proposed deposition schedule by **August 18, 2023**. The Court will hold a status conference on **September 5, 2023, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint proposed agenda by **August 29, 2023**.

      **SO ORDERED.**

Dated: August 16, 2023                      _s/ Ona T. Wang_
       New York, New York               **Ona T. Wang**
                                                            United States Magistrate Judge