UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PAULA DISBERRY,

               Plaintiff,                        22-CV-5778 (CM) (OTW)

              -against-                  **ORDER**

EMPLOYEE RELATIONS COMMITTEE OF THE
COLGATE-PALMOLIVE COMPANY, et al.,

               Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 99. The Parties' joint request for permission to appear at the September 5, 2023 status conference via teleconference is **GRANTED**. The Parties shall dial in on **September 5, 2023** at **10:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.

The Parties' joint request to extend the case schedule is also **GRANTED**. The deadlines in the case are amended as follows:

- Discovery Period Closes: **October 5, 2023.**
- Dispositive Motions: **November 9, 2023.**
- Responses to Dispositive Motions: **November 30, 2023.**
- Replies in Support of Dispositive Motions: **December 11, 2023.**
- Joint Pre-trial Motions: **November 9, 2023.**

**SO ORDERED.**

<table>
<tr><td>Dated: August 31, 2023<br>      New York, New York</td><td>_____*s/ Ona T. Wang*_____<br>**Ona T. Wang**<br>United States Magistrate Judge</td></tr>
</table>