UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
PAULA DISBERRY,

              Plaintiff,

              -against-

EMPLOYEE RELATIONS COMMITTEE
OF THE COLGATE-PALMOLIVE COMPANY,
et al.

              Defendants.
-------------------------------------------------------------x

22-CV-5778 (CM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a telephonic status conference on September 5, 2023. As discussed at the conference, Defendant Employee Relations Committee of the Colgate-Palmolive Company shall file a letter setting forth its position on the attorney work product doctrine discovery dispute described in the parties' August 29, 2023 joint proposed agenda (*see* ECF 99) **on or before Friday, September 8, 2023**. Plaintiff shall file any response by **Tuesday, September 12, 2023**. The parties' letters are limited to 5 single-spaced pages. There shall be no replies.

Defendant is permitted to file its letter under seal.

**SO ORDERED.**

Dated: September 5, 2023
      New York, New York

           *s/ Ona T. Wang*
           **Ona T. Wang**
           United States Magistrate Judge