RS RENAKER SCOTT LLP

» Phone: (415) 653-1733 / Fax: (415) 727-5079

» 505 Montgomery Street, Suite 1125
San Francisco, CA 94111

» www.renakerscott.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 11/13/2023

November 8, 2023

11/9/2023 You may file under seal and redact relevant portions of these documents in the moving papers. You MUST provide me with hard copies of these documents and a copy of an UNREDACTED brief, marked as such

***Via ECF***

Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Disberry v. Employee Relations Committee, et al.***
**Case No. 22-Civ-5778 (CM)**

Dear Judge McMahon,

Pursuant to the Southern District of New York Electronic Case Filing Rules & Instructions (Section 6: Filing Under Seal and Redacting in Civil and Miscellaneous Cases), Plaintiff files this Letter Motion to Seal documents attached to the Declaration of Kirsten Scott in Support of Plaintiff's Motion for Summary Judgment ("Scott Dec."), which will be filed shortly. Specifically, this Letter Motion pertains to the following exhibits attached to the Scott Dec. and filed under seal:

(1) Exhibit 1 (EBC_000253-272)
(2) Exhibit 5 (EBC_003407-10)
(3) Exhibit 6 (EBC_003411)
(4) Exhibit 8 (ALIGHT001681-96)
(5) Exhibit 9 (ALIGHT001697-1706)
(6) Exhibit 10 (ALIGHT001387-1406)
(7) Exhibit 12 (EBC_000766-820)
(8) Exhibit 15 (ALIGHT001153-1213)
(9) Exhibit 16 (ALIGHT001117-52)
(10) Exhibit 17 (ALIGHT002126-27)
(11) Exhibit 18 (EBC_001537-1706)
(12) Exhibit 21 (ALIGHT001239-41)
(13) Exhibit 24 (ALIGHT002126-27)
(14) Exhibit 25 (ALIGHT002341-2350)
(15) Exhibit 31 (EBC_001388-1391)
(16) Exhibit 33 (ALIGHT002949-2952)
(17) Exhibit 34 (ALIGHT003177-78)
(18) Exhibit 35 (ALIGHT002688-2702)

Each of the documents with the "EBC" Bates number prefix was produced in this case by Defendant Employee Relations Committee of the Colgate-Palmolive Company (the "Committee"), and stamped confidential by the Committee. Each of the documents with the "ALIGHT" Bates number prefix was produced in this case by Defendant Alight Solutions LLC ("Alight") and stamped "confidential" by Alight. Plaintiff is filing these documents under seal pursuant to the Committee and Alight's marking of these documents as confidential, pursuant to the Protective Order in this case (ECF 86). Pursuant to Your Honor's Individual Practices and Procedures (Sections I(A) and V), Plaintiff is filing these documents under seal electronically on CM/ECF. However, Plaintiff does not take the position that any of these documents need to be restricted from the public record.

Sincerely,

RENAKER SCOTT LLP

By: [signature]

Kirsten Scott
kirsten@renakerscott.com