**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 11/21/2023

PAULA DISBERRY,

                     Plaintiff,

       v.

EMPLOYEE RELATIONS COMMITTEE
OF THE COLGATE-PALMOLIVE
COMPANY, ALIGHT SOLUTIONS, LLC,
AND THE BANK OF NEW YORK
MELLON CORPORATION,

                     Defendants.

Case No. 22-CV-5778-CM-OTW

[PROPOSED] ORDER AMENDING
SCHEDULING ORDER

The Court having reviewed the Parties' Joint Letter Motion to Extend Case Deadlines, and good cause appearing, ORDERS as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Responses to Dispositive Motions | December 4, 2023 | February 2, 2024 |
| Replies in Support of Dispositive Motions | December 15, 2023 | February 13, 2024 |

Dated: November 21, 2023

By: _____
Hon. Colleen McMahon
United States District Court Judge

1