UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PAULA DISBERRY,

                Plaintiff,

                -against-

EMPLOYEE RELATIONS COMMITTEE OF THE
COLGATE-PALMOLIVE COMPANY, et al.,

                Defendants.

------------------------------------------------------------x

22-CV-5778 (CM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On April 1, 2024, the parties submitted a joint letter to the Court requesting a joint settlement conference. (ECF 171). On April 3, 2024, the Court scheduled a Pre-Settlement Conference Call for Plaintiff's counsel only, to be held on April 10, 2024. (ECF 172). The Court held the scheduled conference call. Plaintiff's counsel did not appear on the call.

The parties are directed to meet and confer, and file a joint status letter **by April 17, 2024** proposing a date during the weeks of April 29 to May 3, 2024, and May 6 to May 10, 2024, when they would be available for a pre-settlement conference call. The parties are further directed to identify whether they would like a joint call, or sequential calls with each party.

      **SO ORDERED.**

Dated: April 10, 2024
       New York, New York

      _s/ Ona T. Wang_
      **Ona T. Wang**
      United States Magistrate Judge